UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:21 cr16T02SPF

46 U.S.C. §§ 70503(a) and
70506(a) and (b)

RONI LINARES,
JAILER QUINONES CASTRO,
PRISCILIANO GARCES ANGULO,
ISRAEL LAVARIEGA ANTONIO, and
JAIME FERNANDO GRACIA CHERE

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date and continuing through on or about

December 28, 2020, while upon the high seas and onboard a vessel subject to the

jurisdiction of the United States, the defendants,

RONI LINARES,
JAILER QUINONES CASTRO,
PRISCILIANO GARCES ANGULO,
ISRAEL LAVARIEGA ANTONIO, and
JAIME FERNANDO GRACIA CHERE,

did knowingly, willfully, and intentionally combine, conspire, and agree with

each other and other persons unknown to the Grand Jury, to possess with intent

to distribute five (5) kilograms or more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance, in violation of

46 U.S.C. §§ 70503(a), 70506(a) and (b), and punishable under 21 U.S.C.

§ 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about

December 28, 2020, while upon the high seas and onboard a vessel subject to the

jurisdiction of the United States, the defendants,

RONI LINARES,
JAILER QUINONES CASTRO,
PRISCILIANO GARCES ANGULO,
ISRAEL LAVARIEGA ANTONIO, and
JAIME FERNANDO GRACIA CHERE,

did knowingly and intentionally, while aiding and abetting each other and other

persons unknown to the Grand Jury, possess with intent to distribute five (5)

kilograms or more of a mixture and substance containing a detectable amount of

cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a)

and 70506(a), 18 U.S.C. § 2, and punishable under 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1.      The allegations contained in Counts One and Two of this

Indictment are hereby realleged and incorporated by reference for the purpose of

alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46

U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2.    Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

RONI LINARES,
JAILER QUINONES CASTRO,
PRISCILIANO GARCES ANGULO,
ISRAEL LAVARIEGA ANTONIO, and
JAIME FERNANDO GRACIA CHERE,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3.    Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

RONI LINARES,
JAILER QUINONES CASTRO,
PRISCILIANO GARCES ANGULO,
ISRAEL LAVARIEGA ANTONIO, and
JAIME FERNANDO GRACIA CHERE,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4.    If any of the property described above, as a result of any act or omission of the defendants:

3

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with a third

        party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or,

    e.     has been commingled with other property, which cannot be

        divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property

under the provision of 21 US.C. § 853(p), directly and as incorporated by 28

U.S.C. § 2461(c).

A TRUE BILL,

_____

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____

Tereza Zambrano Ohley
Special Assistant United States Attorney

By: _____

Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

4

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

### THE UNITED STATES OF AMERICA

vs.

Roni Linares,
Jailer Quinones Castro,
Prisciliano Garces Angulo,
Israel Lavariega Antonio, and
Jaime Fernando Gracia Chere

## INDICTMENT

Violations:   46 U.S.C. § 70503(a)
46 U.S.C. § 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this 13th day of January 2021.

_____
Clerk

Bail $_____