UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-16-WFJ-SPF

PRICILIANO GARCES ANGULO

## GOVERNMENT'S WITNESS LIST

COMES NOW, the United States of America, by and through the undersigned counsel, and hereby provides notice of the following list of witnesses that may be called for the trial currently set for April 11, 2022.

1. Petty Officer Third Class Cody Blakley, U.S. Coast Guard
2. Petty Officer First Class Nathan Hendrix, U.S. Coast Guard
3. Petty Officer First Class Isaac Adames, U.S. Coast Guard
4. Petty Officer First Class Michael Miozzi, U.S. Coast Guard
5. Petty Officer Third Class Leonardo Peraza, U.S. Coast Guard
6. Special Agent Rick Greer, DEA
7. Special Agent Emir Abreu, HSI
8. Jailer Quinones Castro
9. Jaime Gracia Chere
10. Roni Linares
11. Special Agent Steven Ray, CGIS

WHEREFORE, the United States provides notice of the above potential witnesses that may be called as to the above-referenced trial. The United States reserves the right to call additional witnesses during the trial of this case if necessary.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Tereza Zambrano Ohley
Tereza Zambrano Ohley
Special Assistant United States Attorney
Florida Bar No. 0060407
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Tereza.Ohley@usdoj.gov

U.S. v. Garces Angulo  Case No. 8:21-cr-16-WFJ-SPF

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Counsel of Record

                                        */s/ Tereza Zambrano Ohley*
                                        Tereza Zambrano Ohley
                                        Special Assistant United States Attorney
                                        Florida Bar No. 0060407
                                        400 N. Tampa Street, Suite 3200
                                        Tampa, Florida 33602-4798
                                        Telephone:  (813) 274-6000
                                        Facsimile:   (813) 274-6358
                                        E-mail: Tereza.Ohley@usdoj.gov