

DISC-00360