

DISC-00399