

DISC-00443