

CASA #1 10°00"
94°00"

CASA #2 11°15"
96°00"

+670776233650

DISC-00441